# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMES MCCOY; et al.                                                                          PLAINTIFFS

v.                                    No. 4:17-cv-00571-JM

FINANCIAL CREDIT SERVICES, INC.; et al.                                          DEFENDANTS

## ORDER

On October 25, 2018, the Court ordered plaintiffs to provide proof of service of summons and complaint within ten days from the entry of that Order. The plaintiffs have not complied. This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 7th day of November, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE